FILED

NOV 0 5 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

PAUL DESAI - (Individul - USA );
2310 Wible Road, Bakersfield, CA 93304
Cell: 816-305-6056 (Paul Desai) / desaipaul@yahoo.com

1:20-cv-1579-NONE-JLT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

RECEIVED

NOV 05 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

PAUL DESAI & ASHA DESAI & RP
GOLDEN STATE MGT LLC
2310 Wible Road, Bakersfield, CA 93304

PAUL DESAI; - Individual-USA
and
PEOPLE OF UNITED STATES; - USA

"PLAINTIFFS"

vs

#1): Joe Biden
c/o Biden for President
P.O. Box 58174
Philadelphia, PA 19102
press@joebiden.com

#2): Robert Hunter Biden
c/o Biden for President
P.O. Box 58174
Philadelphia, PA 19102
press@joebiden.com

#3): Kamala Harris (Fresno Office)
2500 Tulare St. #5290
Fresno, CA 93721
kamala_harris@harris.senate.gov

#4): President Donald J. Trump
c/o The White House
1600 Pennsylvania Ave.
Washington, DC 20005

Case No.

Assigned to:
Courtroom:

**PLAINTIFFS  PETITION SUMMON
TO
NAMED DEFENDANTS REQUIRING
DOCUMENTS SUBMITIONS FOR
REVIEWS AND TO PROVE CLEAR
CLEAN HAND DOCTRAIN
ELIGIBILITY REQUIREMENTS FOR
PRESIDENCY OF UNITED STATES
- &-
UNTIL THEN ALLOW PLAINTIFFS
TO RECOVER OUT OF PENDAMIC &
ECONOMICAL DEPRESSION
SITUATIONS COMPLETELY
NATIONWIDE AS PLAINTIFFS
REQUESTING THIS COURT TO
VACATE THE VOTING RESULTS OF
THIS 2020 PRESIDENTIAL ELECTION
AND
ALLOWING THE CURRENT
PRESIDENT IN CHAIR TO CONTINUE
FOR THE NEXT 4 YEAR TERMS
REMAINING - OR- UNTIL ALL OF
PLAINTIFFS REVIVE OUT OF THE
THREATS OF  VIRUS DECEASED
PENDAMIC SITUATION, AND, A
CONSEQUENTIAL ECONOMIC**

-1-

1

PAUL DESAI & ASHA DESAI & RP
GOLDEN STATE MGT LLC
2310 Wible Road, Bakersfield, CA 93304

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

#5): Mike Pence - The White House Office of the Vice President
1600 Pennsylvania Avenue, N.W. Washington, DC 20500

#6): President Barack Obama
The Honorable Barack Obama
The Office of Barack and Michelle Obama
P.O. Box 91000, Washington, DC 20066
Contact form: www.barackobama.com/contact
Office of Barack and Michelle Obama
P.O. Box 91000
Washington, DC 20066

#7): The Honorable William J. Clinton, and Honorable Hillary Clinton
55 W. 125th Street, 14th Floor
New York NY 10027
Telephone: (1) 212-348-8882
Telefax: (1) 212-348-9245

#8): President George W. Bush
The Honorable George W. Bush
P.O. Box 259000
Dallas TX 75225-9000
Telephone: (1) 214-890-9943
Email: info@georgewbushlibrary.com

The Honorable George Bush
P.O. Box 79798
Houston TX 77279-9798
Telephone: (1) 713-686-1188

**"DEFENDANTS"**

DEPRETIONS AND JOBLESS SITUATIONS CURRENTRLY PREVAILING AMOUNG PLAINITFFS BASED ON AND IN LIGHTS OF PLAINTIFFS REQUESTED EVALUATIONS AS STATED AND FURTHERMORE BASED ON THE STATED FACTS - CONTENTS - STATEMENTS -&- VIDEOS -IN- ATACHMENTS INTO THE SUBJECT PETITION

.......FINAL-SUBJECT- PETION........ .................DEMANDS..........................

PLAINTIFFS DEMANDS TO REMOVE VACATE & DISMISS DEMOCRATIC NOMINATIONS OF JOSEPH BIDEN AND PAMELA HARRIS FROM 2020 ELECTIONS, AND ALLOWING THE CURRENT PRESIDENCY OF H. DONALD TRUMP AND H. MIKE PENCE TO CONTINUE FOR NEXT 4 YEAR TERMS UNDER REPUBLICAN PARTY RULES IN BEST INTEREST OF THE PLAINTIFFS

COMES NOW, Paul Desai, ("PD") as an Individual Citizen of United States of America ("America"), and, associates Citizens and People of United States of America ("PPL"), herewith Jointly as ("Plaintiffs") files this Summon Petition into this court against all of the Named defendants. Based on the facts, statements, reasonings as stated below, Plaintiffs ask request and pleads to this court to render Judgment approving followings immediate and further Impeach Defendant Joe Biden and Hunter Biden and as those deemed appropriately responsible

2

PAUL DESAI & ASHA DESAI & RP
GOLDEN STATE MGT LLC
2310 Wible Road, Bakersfield, CA 93304

1  defendants to provided documents, photos, videos, Transactions details, and related corporate

2  financial and other necessary items as deemed appropriate for Plaintiffs Reviews to determine

3  worthiness and eligibility to preside as a New Candidates for Presidency and vice-presidency

4  positions. FurtherMore, Plantiff ("PD"), and/or, in Support thru Plaintiff("PPL"), and for

5
6  "Plaintiffs" best Interest requests and pleads this court to Vacat, Suspend and or Set-Aside any

7  detrimental Outcome of the Pre-mail in Votings and In-person Votings prior to and on Nov 3rd,

8  2020, which effect and remove from chairs, the current Presidency and Vice-Presidency in

9  Chair, specically the Regim Operating government by Presiding H. Donald Trump as President

10  and H. Mike Pence as Vice President.

11
12  Plaintiffs herewith files below Facts, Statements, Reasons, Introduction Statements,

13  Appeals, Pleadings to Defendants, and this Court, Mindset Thoughts, Believes , Motions to

14  Patriotism, Vowes, Oaths, various Declarations, Potential Suggestions Cures & remedies as to

15  Pandemics and Economical Depressions situations & its potential solutions  ect ect in support

16
17  of this Petition Summon requesting the Pleadings made finally in relations to Judgments and

18  requests as so stated below:

19

20  **INTRODUCTION OF PLAINTIFFS - JURISDICTIONS & VENUES**

21  Plaintiff "PD" is a California Resident. Plaintiffs "PPL" are people of United States of

22  America from Various States as it also Compromice  and Incorpoprates all of the Named

23  defendants in general. Henceforth, the Burden of Proofs as to this summon , facts, and its issues

24  rests equally on both Plaintiffs as well all of the Named Defendants.

25
26  Plaintiff "PD" prevailed as a Tax Payer, and Citizen of America during all of the

27  Named current President Donald Trump & Vice President Mike Pence as well all of those former

28  Named Presidents since year 1984 to current.

-3-

1

2      Plaintiffs "PPL", the People of America resides in various states and the subject Summon

3  affects everyone those who are Permanent resident, Temporary Visa, on work Permit and those

4  who are permanent citizen of my Country; and, henceforth, PPL - People of America are the

5  Plaintiffs into this summon & court.

6      The named Defendants are all Honorable People servicing my country, who are familiar

7  and knows and hold more crucial informations facts and reasons that support the Plaintiffs

8  requested information and such valuable informations and facts supports the claims, charges ad

9  demand of Judgment so made following below.

10     Henceforth, the Jurisdiction & Venues into this USDC_Eastern court over the subject

11 matter is Proper. Furthermore, by virtues of automatic inclusions of Many Plaintiffs into summon

12 and/or upon supporting executions of minimum of 5 Peoples at a Minimum , the Subject Summon

13 also merits as a CLASS-ACTION SUITE.

14

15

16

17

18 **PLAINTIFFS - STATE-MENTS - AUTH - &- DECLARATIONS - MATTERS**

19 **"A DEVINE SUMMON - IN PUBLIC INTERESTS":**

20

21     Plaintiff "PD" states to this court that  he is US Citizen and Part of Work-Force who has

22 Honestly paid all of its Taxes and obligations during every named defendants Presidents government

23 since 1994 as of current. Plaintiffs has never taken any Unemployment benefits in spite of Terrible

24 Hardship unemployment in to the fierce hardship to choose between a Gas into his Motor-cycle vs.

25 food to make it to home. Plaintiff "PD" had made U-Turn from the Unemployment line in Los

26 Angeles. Plaintiff "PD"  is under Auth to its Citizenship and shall always be ready to defend my

27 country, United States of America when so needed, upon call from the presiding President &

28

PAUL DESAI & ASHA DESAI & RP
GOLDEN STATE MGT LLC
2310 Wible Road, Bakersfield, CA 93304

Government call, shall raise weapon against any foregn country if so needed. Plaintiff PD forgets on where the hell he came from in United States of America. Plaintiff "PD" believes to give is like a Milk, to take is a Water and to snatch from each other is like a blood. Henceforth, Plaintiffs thru this summon goes under Auth in best interest of my Country USA, My motherland, Plainitff "PD" shall forever Quit all of its future Social Security Benefits and waive those and relinquish it forever, and shall be a part of work-force so long my Limbs works. Plaintiff "PD" recognize itself in same capacity as its Presiding President H. Donal Trump, as a Self-Made Donald Trump, so equally as Self made Paud Desai - who will work forever in honest payments of my Taxes and efforts and times in up lifting my Country USA out of the concurrent Pandamic & Economical Depression time where many of my fellow Plaintiffs are suffering and having tuff time to see for a desperate time back & revitalization to better time.

     Plaintiffs herewith Motivates its associate Plaintiffs & Defendants and those among us who are Millionaires and Billionaires to make their best efforts & contributions in similar or like wise way in  uplift of our country, and, like wise make contributions to bring back once again the time of the Life, as Plaintiffs craves for well being of all of its fellow citizens.  Plaintiffs "PD" and "PPL" with Like mindset  SHINES.

     Equally well the Current presidency in Chair and its Governance by Donald & Mike, who has worked hard since year 2016 thru this depression and sad time also SHINES, as H. Donald Trump, and, H. Mike Pence & Team have made its best efforts in fight with the Pandemic as well kept going the US economy as best as it can be. As Plaintiffs Shine, so as its current Government shines, the Presence of this Summon has enlightened this Court at USDC_Eastern in Bakersfield and Fresno, as the Courts USDC-Eastern Shines far greater then any biggest Cathedral on it's East, as this presence of this Summon Glorifies this Court across the free land   of USA to its east.

     In line of duties and servitude to our nation, the Plaintiffs here with make below

-Statements, Facts, leading to the Stipulated allegations & claims against other named defendants.5-as below:

## **PLAINTIFFS - PROCLAMATIONS - & - STATEMENTS -&-FACTS - in forth - that creates grounds for claims AGAINST - DEFENDANTS.**

Plaintiffs "PD/PPL" are the People of United states comprise of various colors and creeds and origins and from various religious beliefs and origins been governed by its elected Government under various Presidents and Vice Presidents and government officials, among so the Defendants, who are elected Honorable Leaders at various times.

Plaintiffs summarize itself as BMW, INC. Blacks, Mexican, White, Internationals, Canadian residing in USA. DNC, "Democratic National Party" and RNC, "Republican National Party" elect their Own Presidential Nominees during pre-election who carry's on their Own agenda and presentations during pre-elections.

Plaintiffs anticipates the chosen nominees to upholds American Values, abide by constitutional amendments, and, remains clean hand doc-trains and keep good Morals, Credits, Credentials, Characters and Unite the People and keep itself representing the country without self gain and does not conspire convulse with Foreigners for self Gain and self growth on wealth, so it doe not involve in bribery and do not defray the Plaintiffs - the people of America.

Nominees representations and servitude to the country must be impartial, and not for self gain, non-descriminative, non racials to class, origins of people and equal to All Genders, and with agenda that keeps people together united and do not divide and rule, as Parties should not divide and promote Groupism, Nepotism, Racism and Sexism.

Plaintiff "PD"/"PPL" makes below Proclamations and Statement of Facts...

#1): That it Flays the Largest Tallest Flag at its place of Business at Bakersfield, CA, in honor of United States of America. The Flag that delivers and shower upon Plaintiffs - Good Values,

6

Freedom, Liberty, Courage, Bravery, Justice, Love and Compassions at its Peak and is the BEST on the People of America who in return Cherish and values All Goodwills and rights as stated in Constitution. Likewise Plaintiffs all cross the free Land are United, Free, Brave, Just with full of Love and Compassions to each other.

By virtue of its Preamble and Constitution and Rights as afforded to All, All of Plaintiffs and its current Government by RNC, its Presiding in Chair H. Donald Trump & Team believes all People, Class, Religions have equal rights and are United and values its rights as stated into constitution. Further more it Believes that All Americans are Superior class of people in the World, and, as Americans we up hold rights to mandate the world with the same, as Many other countries have failed in doing so. As Americans we hold rights to Mandate other Countries to prevent Racism, Sexism, Groupism, ChildLabor, Human Trafficking ect across the world. Plaintiffs "PD"/"PPL" and current Presidency of Donald Trump thru RNC maes statement that "The World has No Meaning without Trajectories Perimeter of America on It; and, America shall mandate its good Values and stand by it to assure the remaining world and its countries follows the same.

## PLAINTIFFS - ELEGATIONS - CHARGES -&- CLAIMS AGAINST DNC - DEMOCRATIC NATIONAL PARTY - BIDENS - &- FAMILY

Plaintiffs states to this court that the defendant Joe Biden with DNP - Democratic National Party has served as a Vice President Prior to year 2016 during time Barak Obama served as a Former President to our Country, United States of America. Biden Joe during & prior to his terms as Vice president has financially enriched himself and his Family, primarily two sons, and other relatives and friends involving Hunter Biden by breaching Vice Presidential and house of representative protocols, ethics and rules as much of the wealth has been derived from Joe Biden's affiliations with USA Government. Thru Ukrain dealings with US relations, Joe Biden promoted Hunter Biden and other related friends and families to gain wealth as

-7-

PAUL DESAI & ASHA DESAI & RP
GOLDEN STATE MGT LLC
2310 Wible Road, Bakersfield, CA 93304

PAUL DESAI & ASHA DESAI & RP
GOLDEN STATE MGT LLC
2310 Wible Road, Bakersfield, CA 93304

1   Hunter, Joe Biden's second son, was a director on the board of Burisma - a Ukrainian-owned private

2   energy company while his father was the Obama administration's pointman on US-Ukrainian

3   relations. Hunter was one of several foreigners on its board. President, Vice President Senators and

4   House of Representatives are paid Honorable delegates in service of our Country who are precluded

5   to establish personal or Family relations or to do & establish personal, family or business relations

6   directly or indirectly to gain or derive income & profits thru the influence of their Political relations

7   and servitude relations in internationals dealings of our Country with other Countries.  Hunter, Joe

8   Biden's second son, was a director on the board of Burisma - a Ukrainian-owned private energy

9   company while his father was the Obama administration's pointman on US-Ukrainian relations.

10  Hunter was one of several foreigners on its board. Hunters & Biden gain in access of million of

11  dollars thru Ukrain Energy company on established relations thru joe biden on his son and relatives

12  & family. The subject act immediately disqualify Joe Biden from his further Election Nominees to

13  serve our country. Henceforth, Plaintiff request this court to Cancel Nominations of Joe Biden and

14  set aside any detrimental Voting results that may effect my Current President H. Donald Trump in

15  Chair as a president of United States Plaintiffs furthermore states to this court, and allege that

16  Likewise Joe Biden & Hunter biden had visited China 6 times when he was VP serving our nation

17  after he was inaugurated as VP in 2009. Hunter Biden formed Rosemont Sneca Partners, as he

18  made $1 Mil deal from Chinese government. Bidens social visits mixed with Business visit while

19  serving nation over international business for our country that establishes the Private dealings in

20  finance or Private equity in China and dealings with Bohai Industrial Investment fund  and chinese

21  govermenet ect as Biden Family getting enriched while Joe Biden serving Nation as VP, are all acts

22  in Breach and violations of VP Protocol and considered as a Defiance to Nations.

23      PLAINTIFFS state to this court that Biden Joe and Hunter Biden and family mamebers like

24  brother Frank James, sister Valerie, Chris Henz and Devon Archer, friend of Hunter, all benefited

PAUL DESAI & ASHA DESAI & RP
GOLDEN STATE MGT LLC
2310 Wible Road, Bakersfield, CA 93304

and were financially enriched thru such conspiracy, mind meets, Private Business dealings over

defraying the nations dealings in lue of to gain & benefit where by USA - China relations

negotiated remains detrimental and harmful to our nation United States of America. Plaintiffs State

That Hillary Clinton & Biden Cheer Toasted with China Government and enjoined the Rise of

CHINA against USA, as they wrongfully sold the USA country to China to Cause China

Dependancies for USA. This is a complete Defiance to the Nation.

PLAINTIFFS ACCOUNT SUCH CONVULDING CONSPIRING PRIVATE AS

WELL FINANCIAL NATIONAL INTEREST NEGOTIATIONS AMOUNG NATIONS

LEADING TO PERSONAL GAINS TO BIDENS, AS DEFECTIVE, ILLEGAL, IN-DEFIANCE

TO THE US PROTOCOLS OVER GOVERNMENTAL EMPLOYEES. PLAINTIFF CONDEM

SUCH BREACH IN DEFINANCE TO THE NATION AS SPECIALLY DEFENDANTS

SERVING AS VICE PRESIDENT OVER UKRAIN - CHINA - USA RELATIONS AND

MATTERS.

NEEDLESS TO STATE TO THIS COURT, THE DEFENDANTS NOMINEE AS A

FUTURE PRESIDENT SHOULD BE CANCELLED IMMEDIATELY AND ANY

SUBSEQUENT ELECTION RESULTS OUT COME THAT MAY REMOVE MY PRESIDENT

IN CHAIR SHOULD BE VACATED AND SET ASIDE.

## PLAINTIFFS - ELEGATIONS - CHARGES -&- CLAIMS AGAINST DNC - DEMOCRATIC NATIONAL PARTY - JOE BIDEN - &- KAMALA HARRIS

Plaintiffs States that People  in America are not discriminative to each other by Race or

by Gender. Plaintiffs and Defendants also knows that in America any time any act or deceptive or

ashulting event is made against any specific Race such as B=Black community,

-9-

9

the People of America will go on Riots. This has been historically proven

Plaintiffs believes the  Minneapolis event of "Knee over Neck" can be Orchestrated or Manifested knowingly

during Election year, so as to disturb the election process in Midst of ......

Pandemic. Plaintiff "PD" has been in Hotel Business since year 1988 to  current. Plaintiffs is familier

and knows the "BMW-Inc" people All to gether Mix well into the Hotel

Guestrooms, but they rarely Swim together into the Hotel Swimming Pool - as they have

different communalized swimming habits; so does BMW-Inc. rarely go together into

Meeting Banquette or Ballrooms of the hotel , since they have different social behaviours.

Henceforth, People of America in general are Not discriminitive by Race or by Sex against

each other.

Plaintiffs States to this court that such formulated events of Protest that further

resulted to Riots, made the Pendamic virus infection and control worst, So it also fueled

further by DNP, and its Named Defendants to blame Presiding President & VP government

as to be Racists, as it further chanllenged my President and its governance to bring the

Riots-Protest-Virus situations to bring in controll.; While DNP and DNP state knowingly

did not co-operate with President Trump over their attempts to controll Virus-Riots and

protests, the DNP party and related defendants intentionally adversely sabitized blamed and

knowingly bad advertized the RNC party, governing Presiding President as DNC called in

Open Media as My president as so Dangerous.

SNP and associated defendants Joined and teamed up and bad mouthed bad

 influenced the Plaintiffs to a stretegic Racial and Sexual Blames to the President Trump. Plaintiffs

further Cahrges and Alleges DNP, Joseph Biden, for Keeping a Racecim  & Sexcim  Mindset attitude

which he expressed in knowingly selecting Kamala Harris as his associates with the hope that he

would side & capture Black Community Vote by Racism and side and capture Women's Vote by

Sexicm. Plaintiffs Condem such mindset and preservations that defy Plaintiffs over devide

PAUL DESAI & ASHA DESAI & RP
GOLDEN STATE MGT LLC
2310 Wible Road, Bakersfield, CA 93304

1   and rule, an european and eastern world communal politics. Plaintiffs has been saden depressed

2   been sabitized to see such devide and rule poriferences of the DNC and associates who can co-

3   venture in a team as they have called my President a Dangerous as they further teamed up on a

4   BBB techniques of Bad mouthing my president, as they had joined and teamed up and

5   advertised against my president to Plaintiffs body as Trump  to Blame-Blow-&-Balony; as

6   DNP & defendants wants to BBB - also but as to Bring Back Better.

7

8        Plaintiffs further state that Kamala Harris failed on uniting the nation by Races as

9   well by Genders, as she puts forth herself as Jamaican Lady before USA on her pre-speech to

10   the Podiums after VP Nominations.

11        Plaintiffs further state that Former President Barak Obama failed in Uniting the nation

12   as he welcomed Radical Muslims on board to USA when it was not necessary to give in fornt

13   of many other Races grouped together listening him; as knowing also that Radicals Muslims

14   Orchestred 911 against us, Obama Instead of condemning to such Groupism and Nepotism.

15

16   There was no need to proclaims our first Amendment to Freedom of Religion.

17        Plainitffs respect and honor to our constitution, amendment rights and what is pre-

18   casted into it. However, Plaintiffs state to this Court and all Defendants that **"Freedom of**

19   **Religion"** matters us the Most, so long it is Preached in ALL-Equality, So Long the Religion

20   do not Poliferates or Bifercates to Groupism, Nepotism to its Racism so as to defy our nation,

21   and Respect to Religion of all Religions; the Religion of all Humans, ie is Religion of

22

23   Humanity. Plaintiff dictates religion of Humanity Center Point is **"You Must leave this Earth**

24   **Much better then the day you were Born"**

25   **"            "Freedom of Speach" -** Matters the Most  to all Plaintiffs so long when spoken

26   with All Truth with Genus mind. Plaintiffs President in Chair shall silence those anti-American

27   slogan spoken by Radicals when they burn the US Flag and utter-mutter Anti-US slogan in any

28   corner of the World.

PAUL DESAI & ASHA DESAI & RP
GOLDEN STATE MGT LLC
2310 Wible Road, Bakersfield, CA 93304

1  Plaintiffs ("PD"/"PPL") States to this Court that our H.  President Donald Trump will

2  Make America Great, and will Freedom, Courage & Bravery to at its Best, Its Love &

3  Compassion at its best. Plaintiffs "PD"/"PPL" takes no Better, but the only the "BEST", Our

4  Presiding H. President proclaims the US Millitary takes NOTHING BUT THE best SHOT

5  ACROSS THE BORDER. Plaintiffs & Gov. in chair states - God in We Trust.

6  Plaintiffs Proclames - Profundly - with Pride and Dignity to all PLAINTIFFS AND

7  DEFENDANTS into this summon - across the Free Land of United States of America:

8

9  ### GOD LOVES YOU ALL

10  ### DONAL TRUMP LOVES YOU ALL

11  ### &

12  ### SO DO I, & SO DO WE ALL LOVE AMERICA THE BEST

13

14

15

16  ### PLAINTIFFS - SUGGESTION TO - ALL - AS TO - INCREASE IMMUNITY - WHILE

17  ### WE ALL AWAIT ON VACCINE TO ABATE AND DEFEIT CORONA VIRUS

18

19

20  Plaintiff "PD" suggest below in wellwish of US Health to All:

21  Plaintiffs and Government in Chair H. Donal Trump and Teams knows, that it is

22  extreamely important to revive Economy, Employment and Businesses across the Nation for

23  it to defeit the Virus. and defuse and win over the current Pendamic situation. Without

24  servival and improvement economivcal health of the Country the Fight against Virus shall

25  have no meaning and want be possible.

26  While we fight the Virus, it is equally important to get going with employment and

27  small Business which keeps us on top of the fight, so as we await on Vaccine.

28

People of America, need to enhence its Immunity, Maintain social distance, balance on Vitamin C & D, Excercise, and follow as below:

**HENCEFORTH, PLAINTIFF states below vitally important issues, where, We people of USA must know:**

#1): Know - How Our Body is Manufactured by all mighty God:

GOD = Param Brahma; Param Vishnu; Param Mahesh = **G**enerator; **O**perator; **D**istroyer

who created: Five (5) - Basic Sub-Gods = **Earth, Water, Air, Light, Fire**

That's why we have five Limbs = **2 Hands+2 legs+1 Vertibra**

each Limbs have 5 subs = **5 fingers + 5 Important organs**

to stay healthy Human should control all **5 sub-gods**; however 2 you can live upto all mighty and Sun; it remains only **3 main to control** = Eart, Water, Air = Digestion, Acidity, Gastric

One can stay fairly healthy if you control - Food, Water, and Body Chemistry(Air-or-Gas-Acidity) = ((Digention=Dieheria; Acidity+Stomach & Urinary Liquid; Gas In-Congestions)))

Since, 5 (sub-Gods) "Elements" of body basics comes **from Mother Nature**, All Virus and its solutions are **also come from Mother nature.;** This means everyone **MUST ENHENCE THEIR IMMUNE SYSTEM,** to not just defend Corona but all forms of Virus Bacteria or germs related consequencies. Everyone must know that for a healthy person **Death is first born into its INTENSTINE.** ( Intenstine = comprise of =starting from Nose&Mouth -to- ButHoles)

= Oral Cleansing+Throught toung & mouth deep cleansing+ right water and air therapy+ right food+ right Bowl + digestion excrete and then Water therapy & maintenance of chemistry)

So one must follow below:

#1): Deep clean - Nostrils+Eyes+Throats+Chest early morning..Take Out All Mucus

#2): Drink 16 to 24 Oz Warm to Hot Water

#3): Do Brush, Use Toung Cleaner to cleam Toung & Throats again deep clean out of all remaining mucus.

PAUL DESAI & ASHA DESAI & RP
GOLDEN STATE MGT LLC
2310 Wible Road, Bakersfield, CA 93304

-13-

13

PAUL DESAI & ASHA DESAI & RP
GOLDEN STATE MGT LLC
2310 Wible Road, Bakersfield, CA 93304

#4): Initiate Water Therapy: Means one should drink Hot water 45 min prior to Eat; wait min 45 min and then drink regular and slightly cold water / Repeat these for each Meal-BreakFast-Lunch-Even Meal

#5) Prior to BreakFast:

     a.  after initiating & completing 1st Water Thertapy, and after 30 Minutes -

     b.  Hot Water 8 Oz +1 TbSpoon Aajwin Seeds + 1 TbSpoon Yellow Termeric Powder

**By making #4 and #5 and Water Therapy as above it will help you BOOST YOUR IMMUNITY AND PROTECT YOU AGAINST - All Virus, Bacteria, and you want fall sick if you then control your Earth, Water & Air into your body. THIS IS GUARANTEED MUST TO PREVET - COVID & all Bacterial and other forms of germatic deceases.**

#6) Consume Vitamin - C : Drink Citrus Lemon Juice mix with Ginger, Low  Sugar & Salt for taste

#7): Take Vitamin - D: eighther directly under the Sun or then take tablets to control vitamin D

+ Half TbSpoon Black Papper / Mix, Chew Aajwin Seeds and dring everything awa

b.     Take 1 Tb Spoon of Grinded Cinnemon fine Powder

c.     Add 2 TbSpoon of Pure Honney

d.     Mix well to make Paste so it is easy to apply on wheat bread.

e.     Make sing wheat Toast bread

f.     Apply Cinnemon Honey Paste on Wheat Tost

g.     Enjoy Eat away this Honney-Cinne-Toast

Honey-Cinnemon Therapy on daily basis prevents All Infections

It Increases Immunity & gives 15 other benefits

**PLAINTIFF ("PD") - PRESENT - PRE-ELECTION -&- POST - DNC -& RNC**

**CONVENTIONS  - 8 - VIDEOS IN SUPPORT OF THE SUBJECT PETITION**

**&**

**MAKE BELOW STATEMENTS**

**NOTE: VIDEOS OF - PLAINTIFFS('PD') ATTACHED AT END TO THIS**

**SUMMON**

**PLAINTIFF ("PD"), Herewith presents and attaches 8 videos made in tribute to the current H. President Donald Trump and RNC - RNP Party, as below items perporates and made reasons to vacate and dismiss the current election results due to below facts & reasons:**

#1):  The current election is a Mid-Term election over 8 years of complete term for  our current President Donald Term.

#2): While onset of Year 2020, the Country & World is in Pendamic Decease situation where People across USA and worldwide i at Stack & People are fighting struggling and trying to eredicate the decease.

#3): The constitution of America does not clearly state or mandate over "A Must" election during Drastic & Crucial Time such as World-War-1,2 or 3 or such Life Threatening PENDAMIC SITUATION, where safety ad life & cure stretegies are most vital & important.

#4): Any election those proceed with Conventions & People actions works in adverse to the deacese and cure & recoveries thru Pendamic, which should have been stopped and prolonged or contnued afdter Pendamic is over. This is a Part of Humaniterian - a centr of all religions and a Wanted need of the nation.

#5): Any changes in Government or exchange of Power during Pendamic will push back all efforts of People and government to end the Pendamic, and can be more detrimental and drastic, unhealthy and can break our nation and current government best efforts being made.

#6): No single Person can be responsible or blamed during Pendamic as it is a situation - Not-In-Control of a single Person -&- a Fight to it is a JOINT-EFFORTS -OF-ALL.

PAUL DESAI & ASHA DESAI & RP
GOLDEN STATE MGT LLC
2310 Wible Road, Bakersfield, CA 93304

PAUL DESAI & ASHA DESAI & RP
GOLDEN STATE MGT LLC
2310 Wible Road, Bakersfield, CA 93304

#7): The Racial event of Mineapolise, MN seems to be formatted to sebitize the Nation's People,  its Police, and its Government, as Loosing Party DNC, its Member named Defendants were involved in  process of falsely and wrongfully Blaiming 2016 elections been Hacked by Russian, blaiming current president in chair, as well in a wrongful Impeachment process, as in further the same party DNC when in Power prior to 2016, convulated, conspired with other Nations across the world - such as Ukrain -&- China , for self gains.

#8): Henceforth, by virtue of #7, above..what's been voiced and said in vedios presented by Plaintiffs ("PD") can not be ignored, as the current Voting Process and entire pre-election process has been wrongfully sabitized, Blamed, Blown and Ballonized by DNC, DNP against the rulling party RNP and my President in Chain H. Donal Trump and H. Mike Pence & their Team in Power.

#9): Plaintiffs also states to this court that a vigourous wrongfull act of Breach of Rules, a stretegic divisions of Plaintiffs over dividing the nations by Race, by Sex, and, over Virus controlls Yey-&-Ney- Blames & Finger-Pointings ect ect has been made to further sabitize pre-election process, a similar to a Third world country Pre-Elections has been first time made in the History of United States, due to these effects, the Plaintiffs("PD"/"PPL") request this court to ignore, set aside and vacate any outcome of this subject election, and allow my Current Government in Control to continue its next 4 year Terms, so as to Help Plaintiffs to recover and organize and fight the Pendamic and economica depression stage of every ones life.

#10): A willfull decisions over choosing a **"Woment - only"-**, and -that to-from- **"Perticular Race Only";** is a **Biggest** form of **"Racism"** as well **"Sexism". and,** My Nation, Our Nation "USA" would not stand on these, alike, those across the world out of United States Perimeter over Global world; a **"Honkey-Donkey-Ugly-Duggly-World"**

#11): Plaintiffs Request all of H. Defendants and this Court to stand in strength of above statement # 10).

PAUL DESAI & ASHA DESAI & RP
GOLDEN STATE MGT LLC
2310 Wible Road, Bakersfield, CA 93304

1   #12): Plaintiffs ("PD"/"PPL"), Condems and Sabitize - celebrations of a "Fathers-Day", which

2   comes from Strict narretives from ugly form of a "Sexism", from European Countries

3   #13): Plaintiffs, Condemns & Sabitize - a Celebratio of a "Mothers-Day", which comes from Strict

4   narratives from Ugly form of a "Sexism", from European Countries.

5   #14): Plaintiffs states that the form of "Parliamentory System" comes from the past Dinning Table of

6   former Eauropean Era, which influenced us in pasts to inherit the process so as the "Father's Day and

7   Mother's day celebrations. a Words like "Basterterd", Convent School ect are origins of Europea

8   Sexism, where "men" gender was considere Superior Gender over "Women" gender. In Past, in

9   Europe a single Man Testimoney in Court were to Outbit and Nagate Testimoneys of 3 Womens; as

10   womens were Valued as an entertainment piece like Radios, and TVs. a Born Infants were

11   considered Basterd, and, were sent to Convent School as they worked like a slaves, in Home, as a

12   Born Child were not allowed a Breast Feeding as their Women goes out of shape and old. The Era

13   induldged in a worst form of "Sexism". A Paster named Vallentino protested such Sexism, as he

14   Promte Love and equality to Women, died - on February 14th - a so Called in celebration of a

15   "Valentine's Day". Plaintiffs proudly celebrates and well come a Valentines Day in USA.

16   #15): Plaintiffs condemns & sebitizes - Asian Countries - past Buring of Women to Post Husband

17   Death ("Sattii-Rivaj"), and, Drawning of new Born Babby Girls, as Asian Considered a Daughter a

18   Burden to their Life.

19   #16): Plaintiffs condmns &Sabitize - all forms of Prostitutions, Human Traficking, and Child Labor,

20   Child Malestations ect.;

21   #17): Likewise, Plaintiffs Condmns & sabitize all forms of Racism, and, Values all forms of Color

22   of the Skin, as Plaintiffs proudly states it is Not Racist at day-to-day living, although may have a

23   differences at a Social interections levels into large Get-to-Gatherings just merely due to differences

24   of habbits and life. IN USA - PLAINTIFFS - ARE A 'BMW-INC' AS THEY STAND EQUALLY

25   UNDER USA -FLAG TO WHOM WE ALL CHERRISH & RESPECT EQUALLY.

4

PAUL DESAI & ASHA DESAI & RP
GOLDEN STATE MGT LLC
2310 Wible Road, Bakersfield, CA 93304

1   #18): Plaintiffs resist & deny to All forms of actions that devide them by Race or by Gender, that

2   include all actions to pre-elections, during elections or post election.

3   #19): Plaintiff("PD") & Plaintiffs("PPL"), by virtue of this statement.. Forgets..where.. the Hell,

4
5   He or She came From; and, Henceforth, Condmns & Sabitize all Govermental & Non-

6   Govermental form and applications that asks to fill in "Ethenic Origin" or Class of Race" ect into

7   it.

8   #20): PLAINTIFFS are the Direct-Americans, so as Its Presiding H. Donald Trump who values

9   and respects what is stated into US Constitution, and, has no desire to corner wealth but a

10  goodwill and Values and self Esteem leading to 3 Godess of Gods: Godess of Power, Godess of

11  Propserity, Godess of Perfections. PLAINTIFFS 'P" AS IT STANDS FOREVER.

12

13

14

15

16  **PLAINTIFFS - PLEADINGS -TO- H. DEFENDANTS & -&- THIS COURT THAT**

17  **JUSTIFIES PLAINTIFFS PLEADING TO ALLOW MY H. DONALD TRUMP & RNP**

18  **TEAM TO CONTNUE FOR NEXT 4 REMAINING YEARS TERMS**

    PLAINTIFF ("PD"), attaches to this summon 8 videos - in tribute to H. Donald &
19                          RNP

20  PLAINTIFFS, ("PD") re-instate its Auth Taken into this summon which waives all plaintiffs

21  rights in future to its paid Social Security, as Plaintiff will work for ever so long its Legs, hands

22  and Libs are not paralyzed. Plaintiffs shall further motivate its family members two sons - Dr.

23  Prashant Desai & master Raj Desai to do the same in  name and fame of our Nation. Said and so

24  Stated, furthermore Plaintiffs Pleads to this Court, ... THAT, My Current President in Chair H.

25  Donald trump is a Direct Commercial President in chair since year 2016, and, is a less Politician

26  but more a Business-Residential come - a Commercial President, who is also a sucessfull

27  Billionair, and he cares and loves Our Country, and determine to do his best over his next

28  remaining 4 years as a president. Plaintiffs knows H. Doland would not Perceive for his own

18

Case: _____   Document 1001      Filed 11/03/2020      Page 19 of 22

PAUL DESAI & ASHA DESAI & RP
GOLDEN STATE MGT LLC
2310 Wible Road, Bakersfield, CA 93304

wealth further before the interest of our Nation.- H4-  President Donmald Trump is on his final top

stage of his Pyramid, which is a Point of Self Esteem, and he is in perceivances to it; whereby

President will Only do his best for our Nation. Plaintiffs are unwilling to accept the result of an

Election which is flueled thru an action during Pendamic & economical depression Periods where

many of us are false informed divided thru mindset changes over what transpired, an acts to

devide thru Racism, Sexism as detailed above in this summon. Plaintiffs are unwilling to accept a

Sabitized, Partially Managed and largely missmanaged Ballots and voting process that transpires

post and during this elections, where by Voting rights of Plaintiffs People of America can be in

vary many ways influanced and changed due to influances of Family and Friends due to a MAIL-

IN-VOTING, which Plaintiffs believe is also sabitized, altered, as it is no more preserving the

confidantiality of the votings that is absolutely needed by Americans. Plaintiffs believe a Mail in

Voting can be influanced changed altered by Parents and friend, and doe not truely cast a true and

valid Opinion and desire of the Voters. Plaintiffs believe President may have missed over taking

wrong decisions on certain matters, as those were also influanced by his advisor, scientist and

experts; henceforth, President can not be blamed over Virus and pandamic issues being

uncontrolled. As a Matter of Fact many other countries also has not fully controlled the prevailing

Pendamic situation. Plaintiffs believe and states to this court that H. president Donal Trump has

timely shut down our country when needed, made his best attempts to manage manufacture

deliver Respirators and masks as Fast and as best a Human can manage to his best abilities.

President has made his best attempts to do the right for nation as he shared his rights to Do the

best to each of the Governers of our 52 states, and henceofrth, President should not be Blamed as

many do against him. President Trump has likewise

managed well the Law and order inspite of lack of co-operation from his opponent, and, many democratic states henceforth President should not be Blamed, as he did not Blowed & Ballowneed the Pendamic nor Economical challeges, as he has tried to Keep businesses stay open and kept economical survival thru out Pendamic.

PLAINTIFFS APPRECIATES H. Donald onset to President chair in power starting initiatives toward Boarder Controls, Wall Building to Prevent Drugs and Criminals entries as well Illegal Trespassing which is ethically morally and legally a RIGHT THINGS TO DO to secure the Nation, Next Gen as well to Protect Plaintiffs Americans to - Make it - AMERICA GREAT AGAIN.

PLAINTIFFS shall benefit more over next 4 year terms, as President Trump have a Better hold and negotiation power internationally over other countries, have ability to manage employments and keep unemployment low by promoting small as well big businesses, which are a crucial needs to make America Great.

Plaintiffs desires, The Next Gen Americans refine and stay away from Drugs & Criminal activities and and remain resistive to Ugliest Part and forms of Racism, Sexism, Child Labor, Human Traficking, and upholds all the best as Stated into American Constitution.

Plaintiffs desires The next Gen American mandate the world over what is acceptable and what shall be rejected, and, wish American Army strong enough to ecomplish the nation's wish in a single day Job, and come home back.

Plaintiffs wish Great America and next Gen reserve Total Space Controls and do not share a vitally important technology to the rest of the world. PLAINTIFFS ARE "MORTALS" -&- PARISHABLE-&-SUBJECT TO LIFE & DEATH; DEFENDANTS ARE, ALONG WITH USA ARMY & SOLDIERS AND INTERNAL POLICE  FORCES ARE MEN IN UNIFORMS AND ARE "IMMORTAL", NON-PERISHABLE-&- LIVE FOR EVER-&- DO NOT DIE.

PAUL DESAI & ASHA DESAI & RP
GOLDEN STATE MGT LLC
2310 Wible Road, Bakersfield, CA 93304

20

PAUL DESAI & ASHA DESAI & RP
GOLDEN STATE MGT LLC
2310 Wible Road, Bakersfield, CA 93304

**PLAINTIFFS PLEADS AGAINST THE DEFENDANTS AND PLEADS FOR JUDGEMENT**

In against Defendants Joe Biden and Hunter Biden Likewise to Plaintiff ("PD"), is a THAT, Conspiracy, Convultions, are very hard to prove into the court as since the process always lakes some documents facts and process which is always short of something to prove it to 100%. However, such can be ascertained and more discretely proven to be true based on many astonishing and unbelievable items of facts that evolves, as thos e does not seems NORMAL to the rel world and day to day process and things remains uncertain. Plaintiffs ("PD"/"PPL"), request this court to Mandate defendant "Bidens" and Family to submit all financial s transections, and all facts, statements and contracts and documents and all financial money transactions details from Hunter Biden, Biden Family Friends and relatives those involved into Ukraine-China-USAas well their Personal , Corporate dealing over all of their individual and corporate tax fillings and ect to gather of A-to-Z items as needed for an accounting firm & Plaintiffs to Analise, so as to periphorates and filter all of those surprisingly and astonishing hard to believe transections and its merits and Values to configure believe and conclude the wrongdoings as to weather it happened under influences of former Vice President Joe Biden while representing USA government. As such relations should be condemn and sabitized and marked illegal. Base on evaluations and finding Court May give other defendants to detailed their thoughts as to further evaluations over Bidens dealing as to for the country and for the Biden Family.

Plaintiffs request this court that upon such a single defects, this court dismiss election results, and, mandate the current Government to continue to the next terms until Pandamic is Over, and Vaccine found, and allow my President H. Donald trump to Continue government of USA, and make America Great to its Best of Power, Prosperity and Perfections.

Futher-More-Saith-NOT.

X _____
Plaintiffs - Paul Desai

2310 Wible Road

Bakersfield, CA 93304

Email: desaipaul@yahoo.com / Cell: 816-305-6056

**Attached:  #1): DOCUMENTS - LINKS -DROPBOX - 8 VIDEOS**

**CERTIFICATE OF FILINGs & CERTIFICATE OF SERVICES**

I, Paul Desai as an Individual Citizen residing in Bakersfield, California herewith have filed above Petition Summon into the United District Court of Eastern California at its Fresno CA, and/or at Bakersfield, CA, as of today, in the Best Interest of my Nation and Country United States of America, into my Home Land of my Motherland - a Great Land of America - United States of America; and have filed the same without Fear, and with Full of Pride, and, in Tribute and worship to my Sole Motherland in Honour of My US Flag and my Country. I have filed this Petition as of today, on Election Day of Nov. 3rd, 2020, with All statements and Pleadings so made in Fevor of my Current Prsiding in Chair my Goverment by H. Donald Trumpt and VP H. Mike Pence and their RNP in Governance of   my Country United States of America.; AND plaintiffs ("PD"/"PPL") has served upon to below named Defendants attached in the List.

Dated: Nov. 3rd, 2020

X _____

Plaintiffs - Paul Desai (Pravin O. Desai)
2310 Wible Road
Bakersfield, CA 93304
Email: desaipaul@yahoo.com / Cell: 816-305-6056

**8 - Videos - Attached**

PAUL DESAI & ASHA DESAI & RP
GOLDEN STATE MGT LLC
2310 Wible Road, Bakersfield, CA 93304

22

Yahoo Mail - Fw: Videos - 2020 - Election - by - Paul Desai - A TRIBUTE TO OUR H. PRESIDENT DONALD TRUMP

11/3/2020

Attach #1

8 - Videos Links / Attachment

Pg : 1 of 3

09-15-2020

re: Our - **Tribute in Honor & Respect -to- H. Donal Trump**

Letter - Attached -
Videos - Attached
FedEx -with- USB - Mailed

## TO: H. President Donald Trump /&/ Republican National Committee / USA

United together we stands; Together, in National Interest of United States and we herewith present this emails following other emails with clips, in full thurst of All our Well Wishes, along with All Videos clips attached along with our Letter - in Honor and Tribute to our dear President Donald Trump and his Republican National Committee Team.

We the People of America shall Vote and Will See - you - Continue your Presidency of United State of America, as we ALL find you as our Best Leader in Chair as so you have proved to be Worthy of it in past years.

We Love You and are so Proud to have you Lead Us and our Nation.

Thank You,

With All due Respect & Honor, My Excellency, We here with Attach followings: **8 - Videos- ...
Our Address to the nation from small podium of ours:**

https://www.dropbox.com/s/5bn1gsgmsk2n70u/V-1%20of%203-Election.2020%20-%20Love%20America.mp4?dl=0

https://www.dropbox.com/s/hkizat97wy080qf/V-2%20of%203-Election.2020%20-%20Love%20America.MOV?dl=0

https://www.dropbox.com/s/55g4yi73xg8hlw2/V%20-%20-%203%20of%203%20-%20Election.2020%20-%20Love%20America.mp4?dl=0

https://www.dropbox.com/s/afcoxb0izzd4dap/IMG_0078.MOV?dl=0

23

Videos

(1)  (2)  (3)  (4)

Yahoo Mail - Fw: Videos - 2020 - Election - by - Paul Desai - A TRIBUTE TO OUR H. PRESIDENT DONALD TRUMP

3/3

11/3/2020

https://www.dropbox.com/s/vd4qddd28rvg3xe/In%20support%20of%20H.%20Donald%20Trump%20_%20VIDEO-2019-09-24-19-11-30%20%281%29.mp4?dl=0

https://www.dropbox.com/s/ndw6tmbxa6odd1r/V-1-of-3%20_%20Lion%20Republican%20Response%20to%20Clinton%20%26%20Obama.MOV?dl=0

https://www.dropbox.com/s/dnthinotcggij2q/Lion%20Republican%20Response%20to%20Clinton%20%26%20Obama%20-%20Video%20%20of%20%203%20.MOV?dl=0

https://www.dropbox.com/s/nqfd0e2nr1jtv45/Lion%20Republican%20Response%20to%20Clinton%20%26%20Obama%20-%20Video%203%20of%203%20%282%29.MOV?dl=0

from:

**Paul Desai / (Pravin Desai) / DesaiPaul@Yahoo.com / Cell: 816-305-6056**
**Asha P. Desai / AshaPDesai@gmail.com / Cell: 816-213-7312**
**Prashant P. Desai / LalChand91@gmail.com / 816-721-1039**
**Raj P. Desai / DesaiRaj94@gmail.com / 816-721-1517**
https://www.radissonhotels.com/en-us/hotels/country-inn-bakersfield-ca
2310 Wible Road
Bakersfield, CA 93304

----- Forwarded Message -----
**From:** Paul Desai <desaipaul@yahoo.com>
**To:** Paul Desai <desaipaul@yahoo.com>; Jignesh Bhakta <jigneshbhakta1994@gmail.com>
**Sent:** Tuesday, September 15, 2020, 03:09:28 AM PDT
**Subject:** Videos - 2020 - Election - by - Paul Desai

Videos - 2020 - Election - by - Paul Desai

24

Pg. 313

# Fw: Videos - 2020 - Election - by - Paul Desai - A TRIBUTE TO OUR H. PRESIDENT DONALD TRUMP

From:  Paul Desai (desaipaul@yahoo.com)

To:     nileshdanand@gmail.com

Date:  Tuesday, November 3, 2020, 12:55 PM PST

## Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Tuesday, October 20, 2020, 10:38 PM, Paul Desai <desaipaul@yahoo.com> wrote:

10-19-2020

Hello Donald

Excellent deliverance to Georgians
I am glad to hear you on this pre election speech from you
Good job well done
Wishing good luck from Georgia also

We will win this election

Paul Desai & Asha Desai
BKersfield CA
Desaipaul@yahoo.com
Cell 816-305-6056

Sent from Yahoo Mail for iPhone

On Tuesday, September 15, 2020, 6:15 AM, Paul Desai <desaipaul@yahoo.com> wrote:

25