<pre>
 1
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                         EASTERN DISTRICT OF CALIFORNIA
10
11  PAUL DESAI,                              )  Case No.: 1:20-cv-1579 NONE JLT
                                             )
12             Plaintiff,                    )  ORDER DIRECTING PLAINTIFF TO PAY THE
                                             )  FILING FEE OR FILE A MOTION TO PROCEED
13       v.                                  )  IN FORMA PAUPERIS
                                             )
14  JOE BIDEN, et al.,                       )
                                             )
15             Defendants.                   )
                                             )
16                                           )
</pre>

Plaintiff initiated this action by filing a complaint on November 5, 2020. As a general rule, all parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. 28 U.S.C. § 1915(a). However, the Court may authorize the commencement of an action without the filing fee "by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefore." 28 U.S.C. § 1915(a)(1). Therefore, an action may proceed despite a failure to prepay the filing fee only if leave to proceed in forma pauperis ("IFP") is granted by the Court. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Plaintiff failed to pay the requisite filing fee or to file a motion to proceed *in forma pauperis*, and the matter cannot proceed before the Court at this time. Accordingly, the Court **ORDERS**:

1. Plaintiff **SHALL** pay the filing fee within 21 days of service of this order, *or*
2. Plaintiff **SHALL** file a motion to proceed in forma pauperis within 21 days of service.

3. <u>Failure to comply with this order may result in dismissal of this action pursuant to Local Rule 110.</u>

IT IS SO ORDERED.

Dated:   **November 10, 2020**             /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE